

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-14-00879-CV

Trial Court Cause
Number:     2001-25797

Style:     In re Tracy Gibbs

Date motion filed[*]:     Nov. 4, 2014

Type of motion:     Extension of Time to File Response

Party filing motion:     Real Parties in Interest

Document to be filed:     Response

Is appeal accelerated? ☐ Yes    ☐ No

If motion to extend time:

    Original due date:     11/4/14

    Number of previous extensions granted:     0

    Date Requested:     10 days

Ordered that motion is:

    ☐   Granted

       If document is to be filed, document due:

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒   Other Granted, in part

       Response is due Monday, Nov. 10, 2014 at 9:00 a.m.

Judge's signature: /s/ Sherry Radack
         ☒ Acting individually     ☐ Acting for the Court

Date: November 4, 2014